## PEOPLE v. COMEDO.

Where there is no assignment of errors or statement of the points and authorities on which the appellant relies, the appeal will be dismissed.

APPEAL from the Court of Sessions of Los Angeles county.

*R. H. Demmick* for Appellant.

*E. Drown* for Respondent.

TERRY, C. J., at the April Term, 1858, delivered the opinion of the Court—BURNETT, J., concurring.

In this case there is no assignment of errors or statement of the points and authorities on which the appellant relies; the appeal is therefore dismissed.